FILED
 2010 Oct-22  AM 10:30
U.S. DISTRICT COURT
    N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THOMAS MICHAEL HOBSON, as Administrator of the Estate of Jonathan Wayne Tubbs, et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CV-09-RRA-1481-S ) |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, et al., | ) ) ) |
| Defendants. | ) |

Memorandum Opinion

This case comes before the court on the motion of Life Insurance Company of North America ("LINA") to dismiss and discharge it from further liability in this case.  (Doc. 16.) LINA, a defendant in this action, has also filed a counterclaim, cross-claim, and third-party complaint in impleader.  (Doc. 5.)  All claims in this action concern the proceeds of a life insurance policy, issued by LINA, on the life of Jonathan Wayne Tubbs, deceased.  The other parties to this action make competing claims to the proceeds.  Despite a briefing schedule having been entered, no party has filed an objection to this motion.  On October 6, 2010, the magistrate recommended that LINA be discharged from all liability in connection with the $117,000 at issue in this case, or any other liability under or relating to the proceeds of Group Policy No. FLX 980051.  It was further RECOMMENDED that LINA be dismissed with prejudice from this action.  No objections have been filed to that recommendation.

Having carefully considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate's recommendation

is due to be, and hereby is, ADOPTED and ACCEPTED.  An appropriate order will be entered.

    DONE this 22nd day of October, 2010.

                                                                                _____
                                                                                 INGE PRYTZ JOHNSON
                                                                                 U.S. DISTRICT JUDGE