FILED
 2010 Oct-29  PM 03:41
 U.S. DISTRICT COURT
    N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **THOMAS MICHAEL HOBSON, as** ) <br> **Administrator of the Estate of** ) <br> **Jonathan Wayne Tubbs, et al.,** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> vs. ) <br> ) <br> **LIFE INSURANCE COMPANY** ) <br> **OF NORTH AMERICA, et al.,** ) <br> ) <br> **Defendants.** ) | **Case No.  CV-09-RRA-1481-S** |

## MEMORANDUM OPINION

This case now comes before the court on the motion for partial summary judgment filed by the minor intervenor plaintiffs. (Doc. no. 14.) Despite a briefing schedule having been entered, no objections to the motion have been filed by any party. On September 29, 2010, the magistrate recommended that the motion be granted. No objections have been filed to that recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be, and hereby is, ADOPTED, and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendant is entitled to judgment as a

matter of law.  Accordingly, the defendant's motion for summary judgment is due to be GRANTED.  An appropriate order will be entered.

DONE this 29th day of October, 2010.

```
                                          _____
                                          United States District Judge
```